9/20/21

Writ of Error
To Correct Venue or Dismiss the Case

Docket No: 2150CR001099, 104

FILED
IN CLERKS OFFICE
2021 OCT -4 PM 12:30
U.S. DISTRICT COURT
DISTRICT OF MASS.

COMMONWEALTH OF MA

vs

Aban El Curragh

Greetings of Peace, I am Aban El Curragh, In Propria Persona A Moorish American National of National Government of Morocco. I am respectfully submitting this writ for the following facts; The Commonwealth's District Attorney Marian T. Ryan and Assistant District Attorney/Prosecutor Graham Van Epps/Graham G. Van Epps and the magistrates of Malden District Court have violated their oaths to the Constitution for the United States of America specifically Article 3 section 1 and 2 and Article 6 being that this is a matter of Diversity of Citizenship and the Treaty of Peace and Friendship of 1787. I have filed my National I.D along with D.O.J section 1508 on record in Malden District Court to prove who I am. The judicial officers ignored this fact and fraudulently labeled me as race: "D7." Lawfully and scientifically there is only one race and that's human. My race is human and my Nationality is Al-Moroccan (Moorish American). My due process rights have and continue to be arbitrarily denied due to the judicial officers adjudicating before any one In Propria Persona can speak and present the facts. I am seeking remedy from the Federal courts to enjoin and correct the filing; correct the venue or dismiss the case and return my peers and myself to our families respectfully

Blissings of Peace
Aban El Curragh