Affidavit of Fact and Request for Complaint for Signatures

The Moorish Militia et al.                     No. 21-11620-IT

The Commonwealth of Massachusetts, et al

I am that I am Tariff Sharif Bey free Moor American national citizen and duly elected Official of the free National Government of Morocco.

I am requesting a copy of the complaint for my signature, I have only received a short form "IFP" today 11/16/21 with the order dated 11/9/21. Myself and other Moorish Nationals are been unlawfully jailed in the Commonwealth of Massachusetts. As a victim and plaintiff in this action I am requesting a copy of the filed complaint to place my signature as required in this order.

In Conclusion I am requesting a copy of the complaint and contact information to the courts prose Clinic and as to the requested prisoners account statement the federal Court must directly contact the essex county Sheriffs department, I have requested it and was informed the statement is the property of the Essex county Sheriffs Department and must be Court ordered.

I declare under penalty of perjury by the Moorish Nation the herein is true to the best of my knowledge and ability.

11/17/21                [signature]