I am jailed in Essex County Correctional facility. I have requested the prison account statement several times. After 2 weeks of asking they have finally responded. I give you the request form I put in with their response.

Also excuse the stain on the application, as I am in a cage with another man and there is little space so mistakes - accidents occur.

Sincerely, Under threat & Duress

Ruehr El Por Culvertson

# ESSEX COUNTY CORRECTIONAL FACILITY
## Inmate Request

To: Cantene

From: Lucha El Por Libertad   Booking #: 1728114
Inmate Name

Date: 11/27/21   Unit: 240 S   Cell #: 7?

Request: Trust Fund account statement / prison account statement

Inmate's Signature: Lucha El Por Libertad

Received by: [signature]

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

**STAFF RESPONSE:**

Approved ☐        Denied ☐        (State Reason)

WE CAN'T GIVE A COPY OF THE ACCOUNT BECAUSE IT'S CONSIDERED JAIL PROPERTY. SORRY ABOUT THAT. PLEASE FEEL FREE TO ASK ANY SPECIFIC QUESTIONS THAT YOU HAVE ABOUT YOUR ACCOUNT, THOUGH.

Employee Name/Title: CANTEEN        Date: 11/29

WHITE-Unit File        YELLOW- Inmate        PINK-Kept by Inmate

E-20