

# UNITED STATES DISTRICT COURT
for the
Southern District of ~~District~~ New York
Civil Division

The Moorish Militia et alia.
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

See attached
Defendant, Third-party plaintiff(s)
(Write the full name of each defendant/third-party plaintiff. If the names of all the defendants/third-party plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

The Commonwealth of Massachusetts
See attached
Third-party defendant(s)
(Write the full name of each third-party defendant. If the names of all the third-party defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No.
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

FILED IN CLERKS OFFICE
U.S. DISTRICT COURT
DISTRICT OF MASS.
2021 DEC 14 PM 12:00

## THIRD – PARTY COMPLAINT

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: The Moorish Militia
   Street Address: 4287 Katonah Ave #1le8
   City and County: Bronx
   State and Zip Code: NY 10470
   Telephone Number: 914 308 5859
   E-mail Address (if known):

B. **The Defendant(s)/Third-Party Plaintiff(s)**

Provide the information below for each defendant/third-party plaintiff named in the complaint. Attach additional pages if needed.

Name: See attached
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address

C. **The Third-Party Defendant(s)**

Provide the information below for each third-party defendant named in the complaint, whether the third-party defendant is an individual, a government agency, an organization, or a corporation. For an individual third-party defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Third-Party Defendant No. 1
Name: The Commonwealth of Massachusetts
Job or Title *(if known)*: Malden District Court
Street Address: 4040 Mystic Valley Pkwy
City and County: Medford
State and Zip Code: MA 02155
Telephone Number: 781-322-7500
E-mail Address *(if known)*:

Third-Party Defendant No. 2
Name: Medford; Massachusetts State Police
Job or Title *(if known)*: State Police
Street Address: 520 Fellsway
City and County: Medford
State and Zip Code: MA 02155
Telephone Number: 781-396-0100
E-mail Address *(if known)*:

Pro Se 11 (Rev. 12/16) Third-Party Complaint

Third-Party Defendant No. 3

Name: Malden MA State Trooper Ryan Casey
Job or Title (if known): State Trooper
Street Address: 485 Maple St.
City and County: Danvers
State and Zip Code: MA 01923
Telephone Number:
E-mail Address (if known):

Third-Party Defendant No. 4

Name: Emily A. Karstetter
Job or Title (if known): Judge/magistrate
Street Address: 35 Clark St.
City and County: Boston
State and Zip Code: MA 02109
Telephone Number:
E-mail Address (if known):

## II. Initial Complaint

A. Identify the initial complaint filed against you and the date it was filed. Describe the events that gave rise to the plaintiff's complaint, the nature of the claims asserted, and the relief sought. Attach the complaint as an exhibit.

Conspiracy to commit a crime; Illegal possession of a firearm; Illegal possession of ammunition; possession of large capacity magazines; improper storage of firearm
(see attached affidavit)

B. State whether you have filed an answer to the complaint and, if so, briefly summarize what admissions or denials that answer asserted. Attach the answer as an exhibit.

See attached affidavit

## III. Third-Party Complaint

A. Describe the nature of the relationship between you and the third-party defendant. Attach any contracts or documents showing the nature of the relationship.

Diversity of citizenship
Share the same nationality

B. Explain why, if the plaintiff received any judgment against you, you will be entitled to judgment against the third-party defendant for contribution to or indemnification for the amount of damages and costs awarded to the plaintiff. Include the percentage of the plaintiff's recovery that the third-party defendant will be required to contribute. Describe the facts, or relevant provisions of state law, that demonstrate you are entitled to collect from the third-party defendant.

- Defamation and discrimination against national origin
- 18 USC 241 & 242
- Deprivation of Rights under Color of Law (Diversity of citizenship)
- Genocide 18 USC 1091

## IV. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/10/21

Signature of Defendant/Third-Party Plaintiff        UCCI-202/308 A.h.h.
Printed Name of Defendant/Third-Party Plaintiff     Jamil hasul Bey

B. **For Attorneys**

Date of signing:

In Proprio Persona
Signature of Attorney
Printed Name of Attorney
Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address