Affidavit of Fact

NO. 2181 0366

FILED IN CLERKS OFFICE
2022 JAN 24 PM 2:02
U.S. DISTRICT COURT
DISTRICT OF MASS

I Lucha El Por Libertad am being unlawfully held at Essex County Correctional Facility in the commonwealth of Massachusetts. I am being held under the fictitious name STEVEN PEREZ. I am not STEVEN PEREZ under a birth certificate instrumentality, belonging to the United States as defined in United States codes 28 § 3002 15(c). The United States is a federal corparation defined under 15(a). I as aforementioned am Lucha El Por Libertad a living, breathing, flesh, blood and bone man, in full life, propria-persona. I am I, me, myself and like everyman walking this earth planet, I have the right to self determination. So again I Lucha El am who I say I am.

I am a Moroccan American National being held captive under Color of Law. I am not a citizen of the Union States society, I am a National of the Original United States Confederation Republic of the Moorish Empire. I am of the Continental United States, being part and parcel of the government to which the Union States are obligated.

I stand firm on who I am, I write you in search of JUSTICE. I write, and stand in Honour of the Treaty of Peace and Friendship between the United States of America and His Imperial Majesty the Emperor of Morocco as well as the Constitution for the United States of America, with its original Bill of Rights and original 10 Amendments.

Since July 3rd 2021, I along with members of my Militia who are good Honourable Men, have been unlawfully deprived of our liberty, absent due process of Law, under Color of Law by way of some form of statute, code, ordinance or scheme, contrary to the Constitution for the United States of America. Which is deprivation of right and a direct violation of United States code 18 § 242. Furthermore in these de facto proceedings there is not a single injured party and in order for a crime to exist there must be a corpus delecti (injured party).

The Commonwealth has violated our 2nd, 4th, 5th, 6th, 7th, 8th, 9th and 10th Amendment rights. The Commonwealth has violated our Humans rights, as well as our Indigenous Peoples Rights guaranteed in the charter of the United Nations. The Judges of the commonwealth, who like the judges of every state are obligated to protect our rights, have intentionally allowed the prosecutor to violate the Great Constitution for the United States of America. The Judges of the District, Superior and Supreme Court of the Commonwealth along with the prosecutor have committed TREASON.

I along with my brethren have all been charged unlawfully with "possession of a firearm (269 § 10a); possession of a large capacity firearm (269 § 10m); possession of ammunition (269 § 10h), and wearing body armor."

These charges are nothing more than converting the 2nd Amendment right, into a priviledge and attaching a license to said priviledge. The Commonwealth via its legislater then made it a statutory crime. If the people do not ask for permission via a license to exercise their pre existing right, no one can be charged with these statutes, which are not LAW. The 2nd Amendment protects the right to keep and bare arms as well as protects the peoples right to form Militias - which, in the police narrative they admit that we were operating as a Militia. In Miller V. Bonta it was declared, the banning of High capacity magazines and rifles unconstitutional. It was also stated that the 2nd Amendment confers the individual right to keep and bare arms. Miller V. Bonta also protects Militias right to use arms for the preservation and sufficiency of a Militia. An "arm" by definition is anything a man holds or wears in his defense, an Ensignia of Honour, that includes Body Armor and ammunition

Thus, it becomes clear, that as individuals and as a Militia, we have the Constitutional right to have, keep, hold and Bare arms with the capability to hold a large capacity of ammunition, the constitutional right to wear body Armor and the constitutional right to have ammunition all without licensing - permission from the state because none of us are convicted felons and no laws prohibit us otherwise from exercising our rights. The Constitution is the Supreme law of the land not the (Statutes, schemes or General laws) of Massachusetts.

3

The states Judges, prosecutors and Lawyers are not the keepers or protectors of Constitutional Law. They do not represent the people! They are a private Guild, that actually subverts the Constitution, and inject themselves as the Law! If the Judges take on the title of Honour and/or is not appointed by congress, (see Article III sections 1 and 2 of the United States constitution) he or she is void at law and is, therefore Colorable. This is a clear case of conflict of interest! Can such operatives render a fair trial to anyone? ~~Defintitl~~ Definitely not me a proclaimed Moor! They have no Jurisdiction.

Any non-federal ~~sanctioned~~ sanctioned court (inferior) is improper jurisdiction. If a court is not operating with Constitutional Law and Treaty, it is Color of Law and Fraudulent. Any Colorable courts are improper and have no jurisdiction, any colorable or negative Law (non-organic Constitution) is in blatant violation of the Constitution and Treaty of Peace and Friendship, the longest standing Treaty.

The Law of the Land is that I am innocent until proven guilty and although I have done nothing violent or dangerous and have not been found guilty, I have been unlawfully held dangerous under Color of Law not once but twice. It is a violation of due process to have been found dangerous for a crime I haven't even been convicted of. How can one be considered dangerous and innocent? How can one be detained and jailed if innocent. None of the judges before me, stated on the record what their probable cause or reason to hold me was.

The Federal district courts have already stated in Miller, Heller, Becerra and others, that the carrying of a gun, carrying of large capacity magazines and ammunition constitute no offense. See North Carolina Supreme Court case State V. Huntly. Yet I am being charged for the very rights I swore to defend, the rights my uncles and cousins fought for serving in the armed forces.

The United States District Court of Massachusetts, as well as the United States District court of NewYork knows we are here in the commonwealth Unlawfully Jailed. Still no JUSTICE has been served. My brethren and I have been labeled Sovereign Citizens which, we aren't nor have we ever claimed to be. We have been called

blackest tint and we are still #13 paper and crayons, we are Moors and belong to the Human family. See H.R. 0689 & 1203

The only thing extreme about us is that we would lay our lives down for the woman and children of the United States of America no matter how they look. I along with my brethren swore with our lives to defend the Constitution for the United States of America, along with the Treaty of Peace and Friendship against all enemies foreign and domestic.

We Honour and without doubt, Respect the Supreme Law of the Land, we have displayed nothing but discipline and Respect. The prosecutor in this unlawful matter does everything in his power along with the help of the corrupt Judges in this state to keep us five remaining Men locked away like animals in cages. Judge Karsetter of District Court, Judge Pierce of Superior court, as well as Judge Cypher of the Supreme court, who is supposed to uphold the Constitution have committed Treason willfully.

Owen V. Independence, 100 S.C.T. 1398, 445 US 622
"Officers of the Court have no immunity, when violating a constitutional right, from liability. for they are deemed to know the law."

"When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statutes do not act judicially, but merely ministerially." Thompson V. Smith, 154 SE 583

State courts, like Federal courts, have a "constitutional obligation" to safeguard personal Liberties and to uphold Federal Law. Stone V. Powell 428 US 465, 96 S. Ct. 3037, 49 L. Ed. 2d 1067.

There can be no sanction or penalty imposed upon one because of the exercise of a constitutional right. Sherar V. Cullen, 481 F. 945 (9th Cir. 1973) Spevack V. Klein, 385 U.S. 511 (1967) Garrity V. New Jersey, 385 U.S. 493 (1967) Boyd V. U.S., 116 U.S. 616 (1886) Malloy V. Hogan, 378 U.S. 1 (1964)

⇒

5

The obligation of state courts to give full effect to Federal Law is the same as that of Federal courts. New York v. Eno. 155 US 89, 15 S. Ct. 30, 39 L. Ed. 80.

Where the rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them. Mirand v. State of Arizona, 86 S. Ct. 1602 at 1636, 384 U.S. 436 at 491 (U.S. Arizona 1966)

" A Judge ceases to sit as a judicial officer because the governing principle of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments, and rationale for that agency. Additionally, courts are prohibited from substituting their judgement for that of the agency. Courts in administrative issues are prohibited from even listening to or hearing arguments, presentation, or rationals." ASIS v. US, 568 F2d 284.

Lexington and Arlington, Massachusetts is the home of the Minute Men Militia. I'm sure they are turning in their graves and are disgusted on how the Commonwealth has blatantly disrespected and disregarded the Supreme Law of Land.

An entire Militia was unconstitutionally arrested during the United States independence day weekend, a celebration of the militia men who fought for the then colonies freedom. That is hypocracy and anti-government, anti-freedom, anti-Republican form of government (Article 4 section 4 U.S. constitution) It is clear that we have been and remain peaceful as well as have been and will continue to enforce our rights. It is also clear that the commonwealth via its prosecution and officers of the court (Judge Kossetter D.C., Judge Pierce S.C., "Justice" Cypher S.J.C) have discriminated against us because of our national origin, are violating and depriving us of our constitutionally secured rights and I can prove that we have suffered irreparable damage, as a result of this conspiracy and enforcement of Color of Law.

with both the need to seek relief from the federal district courts. We will argue our own case. We merely need to be heard by a competent judge who rules with Morals, prudence and a sense of and for Humanity

Under Penalty of Perjury from the Moorish Nation I affix my autograph, without prejudice.

Lucha El Por Libertad

Red Ink

In full life   Sui juris
propria persona

Under Threat & Duress

A Free Moor, National who maintains his innocence